Connecticut Local Form Order B315 — Revised 05/2019

# United States Bankruptcy Court
## District of Connecticut



In re:  Rocco Romano

Debbie Romano

Debtor*

Case Number: 19-50003
Chapter: 13

### ORDER CONFIRMING FOURTH AMENDED CHAPTER 13 PLAN

The above-named Debtor filed a Fourth Amended Chapter 13 Plan, on November 6, 2019 (ECF No. 41). The Fourth Amended Plan or a previously filed plan was transmitted to the creditors pursuant to Federal Rule of Bankruptcy Procedure 3015(d). The Court finds that the Fourth Amended Plan meets the requirements of 11 U.S.C. § 1325. Accordingly, it is hereby

**ORDERED:** The Debtor's Fourth Amended Plan is **CONFIRMED** with the following provisions:

Payments shall be made to the Chapter 13 Standing Trustee (the "Trustee"), in the amount of $565.00 monthly beginning on December 14, 2019, for a period of 60 months, and until not less than 60% dividend is paid to creditors holding allowed unsecured claims; and it is further

**ORDERED:** The Debtor is to obtain bank or certified checks or money orders drawn in the name of the Trustee and mail payments to the Trustee at the address below on or before each due date until further order of this Court.

**Mail Checks Payable to the Trustee to this Address**
Roberta Napolitano, Chapter 13 Standing Trustee
PO Box 610
Memphis, TN 38101-0610

**ORDERED:** The Debtor's attorney is awarded attorney's fees in the amount of $2,690.00 and expenses in the amount of $310.00, of which $1,000.00, has been paid, leaving $2,000.00 due and payable through the Debtor's confirmed Fourth Amended Plan.

Dated: November 15, 2019

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.